**SO ORDERED.**

**Dated: May 12, 2010**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

In re:

RONALD ALAN DAVIDOFF,

Debtor.

Chapter 11 Proceedings

Case No. 2:10-BK-01175-CGC

**ORDER GRANTING STIPULATION TO LIFT AUTOMATIC STAY**

The Court having reviewed and considered the Stipulation to Lift the Automatic Stay (the "Stipulation") filed by Hilton Financial Corporation, an Arizona corporation ("HFC"), as Agent for Kurt F. Ullman ("Ullman"), Trustee of the Survivors Trust of the K. and D. Ullman Family Trust – 1989 Dated April 20, 1989 (the "Trust"); R.W. Folk, Nancy K. Folk, and R.E. Folk (the "Folks"); Charlotte O. Needham, a married woman ("Needham"); Phoenix Trust Deed Partners IX, L.L.L.P., an Arizona limited liability limited partnership ("PTDP IX"); Mackey Bradshaw Institute, Inc., an Oregon corporation ("Mackey"); and Arizona Property First Mortgage, L.L.C., an Arizona limited liability company ("APFM"), (collectively referred to hereinafter as the "Creditors"), the holders of a properly perfected first position security interests in all of

Ronald Alan Davidoff's (the "Debtor" or "Davidoff")) assets, by and through their undersigned counsel and the Debtor, through his undersigned counsel, and the response filed by Maricopa County, good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Debtor, HFC, and Maricopa County have resolved the Response filed by Maricopa County.

**IT IS FURTHER ORDERED** granting the Motion based on the terms and conditions set forth in the Stipulation.

**IT IS FURTHER ORDERED** the Automatic Stay imposed by 11 U.S.C. § 362(a) and all other stays and injunctions will be immediately lifted, vacated and annulled, as of the date of the entry of an Order approving this Stipulation, in favor of the Creditors with respect to the Collateral.

**IT IS HEREBY FURTHER ORDERED** the Debtor shall execute unconditional Deeds in Lieu of Foreclosure of the Collateral in favor of HFC or its nominee(s). Such Deeds in Lieu shall be filed upon entry of the Court's Order Lifting the Automatic Stay.

**IT IS HEREBY FURTHER ORDERED** HFC, on behalf of the Creditors, will execute a release of any and all claims, including all deficiency claims, against the Debtor arising from the loans secured by the Collateral.

**IT IS HEREBY FURTHER ORDERED** the Debtor will keep free and clear of all of HFC's liens the rents collected from the Collateral through the collection of February 2010 rents.

**IT IS HEREBY FURTHER ORDERED** HFC shall pay the Debtor's estate $1,000 per property, $17,000 total, to be paid on or before close of escrow. HFC agrees

to pay $8,500.00 to Debtor, no later than seven (7) days from the entry of this Order. The balance will be paid at the close of escrow. Debtor agrees to execute all deed in lieu documents prior to close of escrow. The March rents and rents thereafter will be paid directly to HFC with HFC taking control of the properties on March 1, 2010. HFC, at its sole discretion, may direct H&H to pay to Debtor certain rents that have been collected to pay any portion of the $17,000.

**IT IS HEREBY FURTHER ORDERED** HFC will be responsible for taxes and expenses for the Collateral on or after March 1, 2010, including payment of the management fees to H&H for March 2010 through entry of the order approving the Stipulation. The deposit on one house, which deposit is held by Debtor, will be turned over to HFC. The remaining security deposits are held by a certain management company and HFC can make arrangements with the management company as HFC feels appropriate. As between HFC and the Debtor, HFC, not the Debtor, shall be responsible for all Maricopa County real estate taxes owed on the properties;

**IT IS HEREBY FURTHER ORDERED** all of the existing insurance policies on the Collateral and unearned premiums shall be assigned to HFC or its nominee(s).

**IT IS HEREBY FURTHER ORDERED** the insurance policy on the blanket loan (loan 11544) must be renewed immediately at the Debtor's expense out of February and prior rents for a period of not less than three (3) months.

**IT IS HEREBY FURTHER ORDERED** the Debtor hereby waives any and all rights under 11 U.S.C. § 105 to obtain a stay or injunction of any kind at any time in the

future with respect to any of the provisions of this Stipulation, any of the rights or remedies granted to The Creditors by the terms of this Stipulation.

**IT IS HEREBY FURTHER ORDERED** any funds held in escrow or trust accounts for the benefit of HFC and the other Creditors shall be paid to the Creditors in such amounts and manner as determined by HFC.

**IT IS HEREBY FURTHER ORDERED** that following execution of the Deeds in Lieu relative to the subject Real Properties, HFC shall be responsible for paying unpaid taxes, including all accrued and accruing interest, due and owing to Maricopa County on the properties listed in Exhibit 1 of Docket 39-1, and said tax liens filed by Maricopa County shall remain until all taxes, including all accrued and accruing interest, have been fully paid.

**IT IS HEREBY FURTHER ORDERED** the Stipulation shall be binding in the event of conversion of this case to Chapter 7 and on any future trustee appointed under the provisions of Chapter 7 or Chapter 11 of the Bankruptcy Code.

**IT IS HEREBY FURTHER ORDERED** the 14-day stay imposed under Rule 4001(a)(3) is waived.

**DATED AND SIGNED ABOVE**

AGREED AS TO FORM AND CONTENT:

NUSSBAUM & GILLIS, P.C.


By: /s/ Vishnu R. Jonnalagadda
    Dean M. Dinner
    Vishnu R. Jonnalagadda
    *Attorneys for Debtor and Debtor in Possession*
    *Ronald Alan Davidoff*

TIFFANY & BOSCO, P.A.


By: /s/ J. Daryl Dorsey
    Christopher R. Kaup
    J. Daryl Dorsey
    *Attorneys for Hilton Financial Corporation*

MARICOPA COUNTY OFFICE OF GENERAL LITIGATION SERVICES


By:: /s/ J. Scott Dutcher
    J. Scott Dutcher
    *Attorney for Maricopa County*